UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | Bankr. Case No. 10-30015 |
| | Chapter 11 |
| MICHAEL JOSEPH HARDES, | |
| aka Mike Hardes, | |
| fdba Hardes Farms – Sole Prop., | **TABULATION OF BALLOTS** |
| SSN: xxx-xx-2809, | |
| and | |
| PENNY LYNN HARDES, | |
| Fdba Hardes Farms – Sole Prop., | |
| SSN: xxx-xx-0715, | |
| Debtors. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

All classes of claims are impaired.  The classes of claims have balloted as follows:

Tabulations per class:

Priority Class: (This class of creditors did not ballot.)

Class 1:  (This class of creditors accepts the Plan and is impaired.)

Metropolitan Life Insurance Company:       $1,742,098.55              Accepts Plan

Total number of creditors accepting this Plan in this class:  1.

Total dollar amount of claims
balloting to accept the Plan:              $1,742,098.55.

Class 2:  (This class of creditors accepts the Plan and is impaired.)

First National Bank, Farmers
            and Merchants:                 $1,893,223.11              Accepts Plan

Total number of creditors accepting this Plan in this class:  1.

Total dollar amount of claims
balloting to accept the Plan:              $1,893,223.11.

  Class 3:  (This class of creditors accepts the Plan and is impaired.)

  Diversified Financial Services, LLC:  $170,000.00 *  Accepts Plan

*Ballot was filed late.

  Total number of creditors accepting this Plan in this class:  1.

  Total dollar amount of claims
  balloting to accept the Plan:  $170,000.00.

  Class 4:  (This class of creditors accepts the Plan and is impaired.)

  State Bank and Trust:  $60,000.00  Accepts Plan

  Total number of creditors accepting the Plan in this class:  1.

  Total dollar amount of claims
  balloting to accept the Plan:  $60,000.00.

  Class 5:  (This class of creditors did not ballot.)

  Class 6:  (This class of creditors did not ballot.)

  Class 7:  (This class of creditors rejects the Plan and is impaired.)

  Midland Farms, LLC:  $225,000.00  Rejects Plan

  Total number of creditors rejecting the Plan in this class:  1.

  Total dollar amount of claims
  balloting to reject the Plan:  $225,000.00.

  Class 8:  (This class of creditors rejects the Plan and is impaired.)

  Unsecured creditors:  $5,771,067.17

  Total number of creditors accepting the Plan in this class:  6. **

  Total number of creditors rejecting the Plan is this class:  4.

**One creditor claim was filed late in the amount of $156,387.57, included in the total.

  Total dollar amount of claims
  balloting to accept the Plan:  $1,654,636.94.

  Total dollar amount of claims
  balloting to reject the Plan:  $4,116,430.23.

Debtors will seek confirmation of the Plan under 11 U.S.C. §1129(b).

Dated this 16th day of February, 2011.

                                            GERRY & KULM ASK, PROF. LLC

                            BY:  /s/ Clair R. Gerry
                                    CLAIR R. GERRY
                                    Attorney for Debtors
                                    507 West 10th Street
                                    P.O. Box 966
                                    Sioux Falls, SD  57101-0966
                                    Telephone: (605) 336-6400
                                    Facsimile:  (605) 336-6842
                                    Email: gerry@sgsllc.com